**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Lester J. Gauthier, Jr.
Attorney at Law
P. O. Box 3371
Lafayette LA 70502-0000

**REHEARING ACTION: June 20, 2012**

**Docket Number: 12   00319-KW**

**STATE OF LOUISIANA**
**VERSUS**
**JONATHAN DELHOMMER**

**Writ Application from Vermilion Parish Case No. 2011-CR-54050**

**BEFORE JUDGES:**

 **Hon. John D. Saunders**
 **Hon. J. David Painter**
 **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jonathan Delhommer** has this day been

 **DENIED.**
 Genovese, J., would grant a rehearing.

cc: Michael Harson, Counsel for  the Respondent
    Laurie A. Hulin, Counsel for the Applicant